IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EBS of Ohio, Inc., | : | |
| Plaintiff | : | Civil Action 2:09-cv-836 |
| v. | : | Judge Sargus |
| United Re AG, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

### ORDER

On December 16, 2011 the Court ordered that counsel submit a report on the status of this case, in which no action has been taken since the filing of Plaintiff's bankruptcy petition in March 2011. Now before the Court is a notice of withdrawal of counsel filed by Messrs. Rex H. Elliott, Charles H. Cooper, and Adam P. Richards, who state that they have not been appointed by Plaintiff's bankruptcy trustee to prosecute this matter.

The Court takes this notice as a motion pursuant to S. D. Ohio Civ. R. 83.4(c)(ii) for leave to withdraw as counsel, and the motion is further **GRANTED**. The Clerk of Court is **DIRECTED** to terminate all counsel of record for Plaintiff.

Plaintiff's bankruptcy trustee is **DIRECTED** to, within twenty-eight (28) days of the date of entry of this Order, either enter an appearance in this action by counsel on behalf of Plaintiff, or call my office (614.719.3370) to advise whether

1

Plaintiff's bankruptcy trustee will proceed with the prosecution of this action.

The Clerk of Court is **DIRECTED** to send a copy of this order to Josiah Locke Mason, 153 West Main Street, Ashland, Ohio 44805.

/s/ Mark R. Abel  *MRA 1/5/12*
United States Magistrate Judge

2