IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EBA of Ohio, Inc., | : | |
| Plaintiff | : | Civil Action 2:09-cv-836 |
| v. | : | Judge Sargus |
| United Re AG, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

**ORDER**

On March 26, 2012, the Trustee in Bankruptcy of Employer Benefit Systems of Ohio, Inc. (EBS of Ohio, Inc.) filed notice of his intention to request leave of the bankruptcy court to dismiss this case without prejudice, and requested 45 days' time in which to obtain authority to so dismiss.

Accordingly, Plaintiff shall have until **Friday, May 11, 2012** in which to file a request to dismiss this case without prejudice.

The Clerk of Court is **DIRECTED** to send a copy of this order to Josiah L. Mason, Esq., 153 W. Main Street, P.O. Box 345, Ashland, Ohio 44805.


s/Mark R. Abel
United States Magistrate Judge