UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EBS OF OHIO,

    Plaintiff,

v.

UNITED RE AG, et al.,

    Defendants.

Case No. 2:09-cv-836
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

This matter is before the Court on Plaintiff's unopposed Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(2) of Plaintiff EBS of Ohio, Inc., which is hereby **GRANTED**. (Doc. No. 41.) The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

12-18-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE